## Commonwealth *v.* Reyes, Appellant.

Submitted December 16, 1975. *Andrew F. Erba,* for appellant; *Sandy L.V. Byrd, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J.*

*Gafni*, Deputy District Attorney, and *F. Emmett Fitz-patrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.